JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS, <br><br> Plaintiff, <br><br> vs. <br><br> BEST SUPREME CARWASH SUPPLIES, INC.; HAGANA INVESTMENTS LLC; and DOES 1 to 10, <br><br> Defendants. | Case No.: 2:24-cv-01568-RGK (RAOx) <br><br> [PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION [16] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until May 15, 2024.

SO ORDERED.

DATED: 4/16/2024

_____
R. Gary Klausner
United States District Judge